FOWLER *v.* GEORGIA RAILROAD AND BANKING COMPANY *et al.*

FISH, C. J.  Fowler brought suit against the Georgia Railroad and Banking Company et al., in which the grant of a nonsuit was affirmed by this court.  *Fowler* v. *Georgia R. &c. Co.,* 133 *Ga.* 664 (66 S. E. 900).  Subsequently, upon compliance with the statute in such cases provided, he brought the present suit against the same defendants upon the same cause of action.  Upon the trial a nonsuit was granted in the case at bar.  After a careful comparison of the evidence introduced on the trial of the two cases, we are clearly of the opinion that in all material respects the evidence was substantially the same on both trials.  In view of the former decision (133 *Ga.* 664), the additional evidence submitted on the trial now under review did not authorize a recovery.  Accordingly the judgment of nonsuit is affirmed.

>       *Judgment affirmed.  Beck, J., absent.  The other Justices concur.*
>                    FEBRUARY 12, 1913.

Action for damages.  Before Judge Pendleton.  Fulton superior court.  March 23, 1911.

*Burton Smith,* for plaintiff in error.  *McDaniel & Black,* contra.